UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARILYN ELLMAN,

                Plaintiff,               CIVIL ACTION NO. 04 CV 72851 DT

           v.                   DISTRICT JUDGE BERNARD A. FRIEDMAN

CLAIRE ELLMAN PRYOR, ET AL.,     MAGISTRATE JUDGE VIRGINIA MORGAN

                Defendants.
_____/

**ORDER DENYING PLAINTIFF"S MOTION FOR SANCTIONS, FOR REFERRAL
TO THE DEPARTMENT OF JUSTICE, AND FOR AN ORDER COMPELLING
IRENE ELLMAN TO SUBMIT TO A PSYCHOLOGICAL EXAMINATION**

      This matter comes before the court on plaintiff's motion for sanctions, for referral to the United States Department of Justice, and for an order compelling Irene Ellman to submit to a psychological examination.

      With regard to the psychological examination, the court entered an order on February 17, 2005, denying plaintiff's prior request for an order compelling Irene Ellman to submit to such an examination.  Plaintiff has failed to state any grounds in her motion warranting reconsideration of the February 17 order.  As to the remainder of plaintiff's requests, the court has reviewed the motion, the documents attached thereto, and defendants' responses to the motions, and finds that there is no basis for an award of sanctions or for referral to the Department of Justice. Accordingly, plaintiff's motion is **DENIED**.

                          s/Virginia M. Morgan
                        VIRGINIA M. MORGAN
Dated:   May 11, 2005          UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARILYN ELLMAN,

                Plaintiff,                    CIVIL ACTION NO. 04 CV 72851 DT

           v.                       DISTRICT JUDGE BERNARD A. FRIEDMAN

CLAIRE ELLMAN PRYOR, ET AL.,      MAGISTRATE JUDGE VIRGINIA MORGAN

                Defendants.

_____/

### ORDER DENYING PLAINTIFF"S MOTION FOR SANCTIONS, FOR REFERRAL TO THE DEPARTMENT OF JUSTICE, AND FOR AN ORDER COMPELLING IRENE ELLMAN TO SUBMIT TO A PSYCHOLOGICAL EXAMINATION

---

**Proof of Service**

The undersigned certifies that a copy of the foregoing Order was served on the parties and attorneys of record herein by electronic means or U.S. Mail on May 11, 2005.

                s/Jennifer Hernandez
                Case Manager to
                Magistrate Judge Morgan